**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **MARVIN A BROOKS** | : | BK. No. 19-15914-mdc |
| Debtor | : | |
| | : | Chapter No. 13 |
| **FLAGSTAR BANK, FSB** | : | |
| Movant | : | |
| v. | : | |
| **MARVIN A BROOKS** | : | |
| **INBAL ZOHAR (NON-FILING CO-DEBTOR)** | : | 11 U.S.C. §362 AND §1301 |
| Respondents | : | |

**ORDER**

AND NOW, this 27th day of July, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**MAGDELINE D. COLEMAN**
**Chief U.S. Bankruptcy Judge**

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

KENNETH G. HARRISON
LAW OFFICE OF KENNETH G. HARRISON
FIVE NESHAMINY INTERPLEX
SUITE 115
TREVOSE, PA 19053

UNITED STATES TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

MARVIN A BROOKS
1606 STANWOOD STREET
PHILADELPHIA, PA 19152

INBAL ZOHAR (NON-FILING CO-DEBTOR)
1606 STANWOOD ST
PHILADELPHIA, PA 19152

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BOULEVARD, SUITE 1400
PHILADELPHIA, PA 19103