# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-15914-MDC

MARVIN A BROOKS

1606 STANWOOD STREET

PHILADELPHIA, PA 19152-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARVIN A BROOKS

    1606 STANWOOD STREET

    PHILADELPHIA, PA 19152-

Counsel for debtor(s), by electronic notice only.

    KENNETH G HARRISON
    FIVE NESHAMINY INTERPLEX
    SUITE 115
    TREVOSE, PA 19053-

                                              /S/ William C. Miller

Date: 12/7/2020

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee