UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                      *        CHAPTER 13
MARVIN A. BROOKS            *        BANKRUPTCY NO. 19-15914
        Debtor
```

**ORDER**

AND NOW this __3rd__ day of ____March_____ 2022, upon consideration of Debtor's Application to Modify Plan after Confirmation, it is hereby **ORDERED** and **DECREED** that said Application is **GRANTED**.

Debtor shall pay $2,513.50 per month for a period of 32 months starting February 20, 2022 in addition to the $60,225.00 already paid into the Plan prior to February 19, 2022.

_____
 MAGDELINE D. COLEMAN
 CHIEF U.S. BANKRUPTCY JUDGE