UNITED STATES BANKRUPTCY COURT

<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
IN RE:                              *    CHAPTER 13
MARVIN A. BROOKS                    *    BANKRUPTCY NO. 19-15914
        Debtor
```

**CERTIFICATION OF NO RESPONSE**

    I, Kenneth G. Harrison, Esquire, attorney for the debtor, hereby certify that as of this date, which is more than twenty (20) days from the date of service, exclusive of date of service, no response has been received as to the Motion to Modify Chapter 13 Plan in the above matter.

Respectfully submitted:

/S/ Kenneth G. Harrison
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex  Suite 115
Trevose, PA 19053
(215) 447-3149