United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15914-mdc |
| Marvin A Brooks | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 27, 2022 | Form ID: 167 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marvin A Brooks, 1606 Stanwood Street, Philadelphia, PA 19152-2219 |
| 14556047 | + | FLAGSTAR BANK FSB, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14392510 | | Flagstaff Bank, 5151 Corpoate Drive, E115-3, Troy, MI 48098-2639 |
| 14401589 | | Flagstar Bank, FSB, C/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14401973 | | Flagstar Bank,FSB, c/o Jerome Blank, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14556174 | + | Flagstar Bank,FSB, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14392511 | | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14428661 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14422274 | + | Email/Text: g20956@att.com | May 27 2022 23:59:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14392508 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 27 2022 23:59:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998-8835 |
| 14411349 | | Email/Text: mortgagebkcorrespondence@bofa.com | May 27 2022 23:59:00 | Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14411127 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 27 2022 23:59:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14392512 | | Email/Text: megan.harper@phila.gov | May 27 2022 23:59:00 | Water Revenue Bureau, City of Philadelphia, P.O. Box 41496, Philadelphia, PA 19101-1496 |
| 14426683 | | Email/Text: megan.harper@phila.gov | May 27 2022 23:59:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14392509 | | Email/Text: megan.harper@phila.gov | May 27 2022 23:59:00 | City of Philadelphia, Tax Revenue Bureau, 1401 John F. Kennesy Blbd, Concourse, Taxpayer Services, Philadelphia, PA 19102 |
| 14482828 | | Email/Text: megan.harper@phila.gov | May 27 2022 23:59:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14394433 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2022 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14399995 | + | Email/PDF: ebn_ais@aisinfo.com | May 28 2022 00:00:40 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 29, 2022          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Flagstar Bank  FSB paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH G. HARRISON | on behalf of Debtor Marvin A Brooks kghesq@juno.com |
| LEEANE O. HUGGINS | on behalf of Trustee WILLIAM C. MILLER  Esq. lhuggins@ph13trustee.com |
| PAMELA ELCHERT THURMOND | on behalf of Water Revenue Bureau c/o City of Philadelphia Law Department Tax & Revenue Unit Bankruptcy Group  MSB pamela.thurmond@phila.gov, edelyne.jean-baptiste@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor Flagstar Bank  FSB bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marvin A Brooks
    Debtor(s)

Case No: 19−15914−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Objection to Certificate of Default

   on: 6/28/22

   at: 10:30 AM

   in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/27/22

Timothy B. McGrath
Clerk of Court

82 − 81
Form 167