# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 19-15914-MDC

MARVIN A BROOKS

1606 STANWOOD STREET

PHILADELPHIA, PA 19152-

       Debtor

## CERTIFICATE OF SERVICE

       **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

MARVIN A BROOKS

1606 STANWOOD STREET

PHILADELPHIA, PA 19152-

Counsel for debtor(s), by electronic notice only.

      KENNETH G HARRISON
      FIVE NESHAMINY INTERPLEX
      SUITE 115
      TREVOSE, PA 19053-

                        /S/ Kenneth E. West

Date: 6/24/2022                _____

                        Kenneth E. West, Esquire
                        Chapter 13 Standing Trustee