UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| MARVIN A. BROOKS | * | BANKRUPTCY NO. 19-15914 |
| Debtor | | |

### CERTIFICATE OF SERVICE

I, Kenneth G. Harrison, Esquire, do hereby certify that on January 5, 2023, I mailed to all interested parties a copy of the Application to Modify Plan after Confirmation, Notice of Motion, Response Deadline and Hearing Date and proposed order, by United States First Class Postage Pre-Paid mail. A list of all interested parties is attached hereto and made a part hereof.

/s/ Kenneth G. Harrison
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex Suite 115
Trevose, PA 19053
(215) 447-3149

AT&T Mobility II LLC
c/o AT&T Services, Inc
One AT&T Way
Room 3A 104
Bedminster, NJ 07921


Bank of America
P.O. Box 982284
El Paso, TX 79998-2238


City of Philadelphia
Tax & Revenue Unit
1401 John F. Kennesy Blvd
5th Floor
Philadelphia, PA 19102


Flagstaff Bank
5151 Corpoate Drive
E115-3
Troy, MI 48098-2639


PA Department of Revenue
P.O. Box 280946
Harrisburg, PA 17128-0946


Police & Fire FCU
901 Arch Street
Philadelphia, PA 19107-2495


T-Mobile
c/o American InfoSource
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118


Water Revenue Bureau
City of Philadelphia
Tax & Revenue Unit
1401 JFK Blvd  5th Floor
Philadelphia, PA 19102