UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              *        CHAPTER 13
MARVIN A. BROOKS                    *        BANKRUPTCY NO. 19-15914
      Debtor
```

**ORDER**

AND NOW this  2nd   day of _____February_____ 2023, upon consideration of Debtor's Application to Modify Plan after Confirmation, it is hereby **ORDERED** and **DECREED** that said Application is **GRANTED.**

Debtor shall pay $2,948.58 per month for a period of 21 months starting January, 2023 in addition to the $78,737.00 already paid into the Plan.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE