# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marvin A. Brooks <br>   Debtor <br><br> FLAGSTAR BANK N.A. <br>   Moving Party <br> vs. <br><br> Marvin A. Brooks <br>   Debtor <br><br> and Kenneth E. West Esq. <br>   Trustee | Chapter 13 <br><br> NO. 19-15914 MDC <br><br> 11 U.S.C. Section 362 |

## CERTIFICATION OF DEFAULT

 I, Denise Carlon, Esquire, attorney for Moving Party, certify that Debtor has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated February 15, 2023 was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

 March 9, 2023

                /s/ Denise Carlon
                Denise Carlon, Esq.
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                Phone: (215)-627-1322
                dcarlon@kmllawgroup.com