**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET SUITE 5000**
**PHILADELPHIA, PA 19106**
[www.kmllawgroup.com](www.kmllawgroup.com)

February 15, 2023

Kenneth G. Harrison, Esq.
Law Office of Kenneth G. Harrison
Five Neshaminy Interplex, Suite 115
Trevose, PA 19053

RE: **NOTICE OF DEFAULT UNDER COURT APPROVED STIPULATION**
　　　FLAGSTAR BANK, N.A. vs. Marvin A. Brooks
　　　Case No. 19-15914 MDC
　　　Last 4 Digits of Loan No. 1369

Dear Sir or Madam:

　　Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within fifteen (15) days of this Notice.

- Cure payment in the amount of $11,323.07 per order dated December 7, 2022;
- Regular mortgage payments for the months of December 2022 through February 2023, in the amount of $2,998.45 per month;
- Less Debtor Suspense credit in the amount of $1,815.00;

**The total due is $18,503.42 and must be received on or before March 2, 2023.**

- The monthly payment for March 2023, is/will be due on the 1st day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

　　If you have proof that payments were made, fax that proof to our office at **215-825-6406**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay.

　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　/s/ Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-2363

cc:　　　Marvin A. Brooks