```
UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| MARVIN A. BROOKS | * | BANKRUPTCY NO. 19-15914 |
| | * | |
| Debtor | * | |

**ORDER**

AND NOW, this      day of            , 2023, upon consideration of Debtor's Objection to Certification of Default, it is hereby ORDERED and DECREED that;

said Certification is DENIED

BY THE COURT:

_____
                              J.

Kenneth G. Harrison, Esquire
Five Neshaminy Interplex Suite 115
Trevose, PA 19053

KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, Pa 19106

Kenneth E. West, Esquire (Trustee)
1234 Market Street
Suite 1813
Philadelphia, PA 19107

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     *    CHAPTER 13
MARVIN .A BROOKS     *    BANKRUPTCY NO. 19-15914
    *
       Debtor

**DEBTORS' OBJECTION TO CERTIFICATE OF DEFAULT**

Debtor, Marvin A. Brooks, by and through his attorney, Kenneth G. Harrison, Esquire, respectfully represents the following:

1. Mortgage company, Flagstar Bank, filed a Certification of Default concerning a Stipulation.

2. Mortgage company claims that Debtor did not pay all of the mortgage statements.

3. Debtor objects to the Certification of Default on the following grounds:

A. Debtor claims that he has made payments during the time period of alleged non-payment by the mortgage company.

WHEREFORE, Debtor respectfully requests that this Honorable Court dismiss this Certification of Default.

Respectfully submitted,


s/s Kenneth G. Harrison
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex Suite 115
Trevose, PA 19053