*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marvin A Brooks
    Debtor(s)

Case No: 19–15914–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Flagstar Bank, FSB

on: 4/25/23

at: 10:30 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date: 3/20/23

Timothy B. McGrath
Clerk of Court

114 – 113
Form 167