# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 19-15914-MDC

MARVIN A BROOKS

1606 STANWOOD STREET

PHILADELPHIA, PA 19152-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARVIN A BROOKS

    1606 STANWOOD STREET

    PHILADELPHIA, PA 19152-

Counsel for debtor(s), by electronic notice only.

    KENNETH G HARRISON, ESQ
    FIVE NESHAMINY INTERPLEX
    SUITE 115
    TREVOSE, PA 19053-

Date: 10/11/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee