SALDUTTI LAW GROUP
Rebecca K. McDowell, Esq.
1700 Market Street, Suite 1005
Philadelphia, PA 19103
(610) 994-1137
Attorney for Creditor Santander Bank, N.A.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br><br>Edith M. Chew,<br><br>             Debtor. | CASE NO: 20-12591-ELF<br><br>CHAPTER 13 |
|---|---|

**PRAECIPE TO CHANGE ADDRESS FOR PAYMENTS TO**
**SANTANDER BANK, N.A.**

**TO THE CLERK AND THE TRUSTEE:**

Please note that the address for creditor Santander Bank, N.A., for purposes of receiving payments in this bankruptcy case, has been changed.

The former address:

Santander Bank, N.A.
c/o Saldutti Law Group
800 Kings Highway N., Suite 300
Cherry Hill, NJ 08034

THE CURRENT ADDRESS:

Santander Bank, N.A.
c/o Saldutti Law Group
1040 Kings Highway N., Suite 100
Cherry Hill, NJ 08034

                                        Respectfully submitted,
                                        SALDUTTI LAW GROUP
                                        Counsel for Santander Bank, N.A.

                                        */s/ Rebecca K. McDowell*
                                        REBECCA K. MCDOWELL, ESQ.

Dated: November 29, 2021