UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| MARVIN A. BROOKS | * | BANKRUPTCY NO. 19-15914 |
| Debtor | | |

### CERTIFICATION OF NO RESPONSE

    I, Kenneth G. Harrison, Esquire, attorney for the debtor, hereby certify that as of this date, which is more than twenty (20) days from the date of service, exclusive of date of service, no response has been received as to the Motion to Modify Plan after Confirmation in the above matter.

Respectfully submitted:

/S/ Kenneth G. Harrison
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex  Suite 115
Trevose, PA 19053
(215) 447-3149