```
                 UNITED STATES BANKRUPTCY COURT

              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                        *         CHAPTER 13
MARVIN A. BROOKS              *         BANKRUPTCY NO. 19-15914
        Debtor
```

### ORDER

AND NOW this __29th__ day of _____February, 2024_____, upon consideration of Debtor's Application to Modify Plan after Confirmation, it is hereby **ORDERED** and **DECREED** that said Application is **GRANTED**.

Debtor shall pay $5,242.00 per month for a period of 9 months starting January 20, 2024 in addition to the $93,482.00 already paid into the Plan prior to January 19, 2024.

_____
                            J.