United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-15914-mdc
Marvin A Brooks  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Mar 01, 2024  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

**Recip ID**  **Recipient Name and Address**
db  + Marvin A Brooks, 1606 Stanwood Street, Philadelphia, PA 19152-2219

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

**Name**  **Email Address**
DENISE ELIZABETH CARLON
    on behalf of Creditor Flagstar Bank  FSB bkgroup@kmllawgroup.com

JEROME B. BLANK
    on behalf of Creditor Flagstar Bank  FSB jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH G. HARRISON
    on behalf of Debtor Marvin A Brooks kghesq@juno.com

LEEANE O. HUGGINS
    on behalf of Trustee WILLIAM C. MILLER  Esq. lhuggins@ph13trustee.com

MARK A. CRONIN
    on behalf of Creditor Flagstar Bank  NA bkgroup@kmllawgroup.com

District/off: 0313-2  User: admin  Page 2 of 2
Date Rcvd: Mar 01, 2024  Form ID: pdf900  Total Noticed: 1

MARK A. CRONIN
    on behalf of Creditor Flagstar Bank  FSB bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Flagstar Bank  FSB mfarrington@kmllawgroup.com

PAMELA ELCHERT THURMOND
    on behalf of Water Revenue Bureau c/o City of Philadelphia Law Department Tax & Revenue Unit Bankruptcy Group  MSB pamela.thurmond@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                        *         CHAPTER 13
MARVIN A. BROOKS              *         BANKRUPTCY NO. 19-15914
       Debtor
```

**ORDER**

AND NOW this  29th  day of  February, 2024 , upon consideration of Debtor's Application to Modify Plan after Confirmation, it is hereby **ORDERED** and **DECREED** that said Application is **GRANTED**.

Debtor shall pay $5,242.00 per month for a period of 9 months starting January 20, 2024  in addition to the $93,482.00 already paid into the Plan prior to January 19, 2024.

*Magdeline D. Coleman*
_____
                                    J.