Certificate Number: 13858-PAE-DE-038830541

Bankruptcy Case Number: 19-15914



13858-PAE-DE-038830541

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 3, 2024, at 5:43 o'clock PM EDT, Marvin A Brooks completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 3, 2024          By:   /s/Seleste Muniz

                                   Name: Seleste Muniz

                                   Title: Counselor