United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-15914-amc
Marvin A Brooks     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Feb 12, 2025     Form ID: 138OBJ     Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marvin A Brooks, 1606 Stanwood Street, Philadelphia, PA 19152-2219 |
| 14401589 | | Flagstar Bank, FSB, C/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14401973 | | Flagstar Bank,FSB, c/o Jerome Blank, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14556174 | + | Flagstar Bank,FSB, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 13 2025 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14422274 | + | Email/Text: g17768@att.com | Feb 13 2025 00:00:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14392508 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 13 2025 00:00:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998-8835 |
| 14411349 | | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 13 2025 00:01:00 | Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14411127 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 13 2025 00:01:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14392512 | | Email/Text: megan.harper@phila.gov | Feb 13 2025 00:01:00 | Water Revenue Bureau, City of Philadelphia, P.O. Box 41496, Philadelphia, PA 19101-1496 |
| 14426683 | | Email/Text: megan.harper@phila.gov | Feb 13 2025 00:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14392509 | | Email/Text: megan.harper@phila.gov | Feb 13 2025 00:01:00 | City of Philadelphia, Tax Revenue Bureau, 1401 John F. Kennesy Blbd, Concourse, Taxpayer Services, Philadelphia, PA 19102 |
| 14482828 | | Email/Text: megan.harper@phila.gov | Feb 13 2025 00:01:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14556047 | ^ | MEBN | Feb 12 2025 23:49:45 | FLAGSTAR BANK FSB, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14392510 | | Email/Text: servicingmailhub@flagstar.com | Feb 13 2025 00:01:00 | Flagstaff Bank, 5151 Corpoate Drive, E115-3, Troy, MI 48098-2639 |
| 14394433 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 12, 2025 | Form ID: 138OBJ | Total Noticed: 19 |

| | | Feb 13 2025 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
|---|---|---|---|
| 14392511 | Email/Text: bankruptcy1@pffcu.org | Feb 13 2025 00:01:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14428661 | + Email/Text: bankruptcy1@pffcu.org | Feb 13 2025 00:01:00 | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14399995 | + Email/PDF: ebn_ais@aisinfo.com | Feb 13 2025 00:07:02 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 14, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2025 at the address(es) listed below:

**Name**    **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor Flagstar Bank  NA bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor Flagstar Bank  FSB bkgroup@kmllawgroup.com

JEROME B. BLANK
on behalf of Creditor Flagstar Bank  FSB jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH G. HARRISON
on behalf of Debtor Marvin A Brooks kghesq@juno.com

PAMELA ELCHERT THURMOND
on behalf of Water Revenue Bureau c/o City of Philadelphia Law Department Tax & Revenue Unit Bankruptcy Group  MSB pamela.thurmond@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 138OBJ* (6/24)−doc 166 − 164

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Marvin A Brooks )    Case No. 19−15914−amc
)
)
    Debtor(s). )    Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    Eastern District of Pennsylvania
    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 12, 2025                  For The Court

                                                                       Timothy B. McGrath
                                                                       Clerk of Court